UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| HASSAN ABDUL CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 24-149-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES L. KORZENBORN, et al., | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Hassan Abdul Crawford is a resident of Alexandria, Kentucky. Proceeding without an attorney, Crawford recently filed a Complaint and a motion for leave to proceed *in forma pauperis*. [Record Nos. 1 and 3] The financial information provided suggests that Crawford lacks sufficient assets or income to pay the filing and administrative fees in this case.

After conducting an initial screening of Crawford's Complaint pursuant to 28 U.S.C. § 1915(e)(2), the undersigned concludes that this matter should be dismissed without prejudice. Although Crawford appears to be complaining about an eviction that allegedly occurred in 2022, his allegations are exceedingly vague and otherwise difficult to follow. [*See* Record No. 1 at 4.] Crawford also fails to meaningfully link his factual allegations and legal claims to any of the defendants named in his Complaint. In other words, he does not explain specifically what each defendant did or failed to do to cause him harm, despite being directed to do so by the form he completed. [*See id.*] Therefore, as currently drafted, Crawford's Complaint fails to clearly state a claim upon which relief may be granted against any of the named defendants. *See* 28 U.S.C.§ 1915(e)(2)(B)(ii).

Based on the foregoing deficiencies, the Court will dismiss Crawford's present Complaint. However, dismissal will be without prejudice. As a result, Crawford may file a new civil action regarding the matters he attempted to raise here. If Crawford elects to file a new Complaint (and thus a new civil action), he must list the defendants against whom he intends to assert claims and is seeking relief, and he must more clearly explain what each named defendant specifically did (or failed to do) to allegedly cause him harm. Crawford must then sign his Complaint and file it with the Court.

Finally, if Crawford later files a new action, he must also either pursue pauper status once more by completing and filing a new E.D. Ky. 519 Form or he must pay the $405.00 in filing and administrative fees up front and in full.

Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff Crawford's motion for leave to proceed *in forma pauperis* [Record No. 3] is **GRANTED**. Payment of the filing and administrative fees is **WAIVED**.

2. Crawford's Complaint [Record No. 1] is **DISMISSED** without prejudice to his ability to file a new Complaint (and thus a new civil action) in accordance with the instructions set forth above.

3. This action is **DISMISSED** and **STRICKEN** from the docket.

Dated: September 24, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky